# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Christopher Ivey and Robert Hall,　　　　　　　　　　Civil No. 08-944 (DWF/RLE)

   Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Cal Ludeman, Commissioner of the
Minnesota Department of Human
Services; Michael Tessneer, Director of
State-Operated Services; Minnesota
Sex Offender Program; and
State of Minnesota,

   Defendants.

---

Christopher Ivey, *Pro Se*, Plaintiff.

Robert Hall, *Pro Se*, Plaintiff.

Robin Christopher Vue-Benson, Assistant Attorney General, Minnesota Attorney General's Office, counsel for Defendants.

---

  Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

  **IT IS HEREBY ORDERED:**

  1. That this action is **DISMISSED** as to Hall's claims, for lack of prosecution, and for failure to comply with this Court's Order of October 6, 2008.

2. That Ivey's Motion for Voluntary Dismissal (Doc. No. 21) is **GRANTED**.

3. That the Defendants' Motion to Dismiss (Doc. No. 11) is **DENIED, AS MOOT**.

4. That the Plaintiffs' Motion to Amend their Complaint (Doc. No. 19) is **DENIED, AS MOOT**.

Dated: November 19, 2008        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                Judge of United States District Court